# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NIGEL MARIN,                          | Case No. 1:15-cv-00220-SAB                                                                                  |
|---------------------------------------|-------------------------------------------------------------------------------------------------------------|
| Plaintiff,                            | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v.                                    |                                                                                                             |
| COMMISSIONER OF SOCIAL SECURITY,      | (ECF No. 3)                                                                                                 |
| Defendant.                            | TWENTY DAY DEADLINE                                                                                         |

Plaintiff Nigel Marin ("Plaintiff") filed the complaint in this action appealing the denial of Social Security benefits on February 9, 2015.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff indicates that he provides half support to his wife, however, there is no indication the amount that he provides.  The Court is unable to determine that Plaintiff is eligible to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **February 16, 2015**

UNITED STATES MAGISTRATE JUDGE

2